745-15

CCA # 13-13-00369-CR

OFFENSE: DWI

STYLE: JOSE ANGEL LERMA v. THE STATE OF TEXAS

COUNTY: Collin

TRIAL COURT: 219th District Court
TRIAL COURT #: 219-81913-2012
TRIAL COURT JUDGE: Hon. Scott Becker
DISPOSITION: Affirm
DATE: _____
JUSTICE: _____ PC ___ S ___
PUBLISH: _____          DNP: _____

_____ MOTION
FOR REHEARING IS: _____
DATE: April 23, 2015
JUDGE: Justice Dori C. Garza

CLK RECORD: _____
RPT RECORD: _____
STATE BR: _____
APP BR: _____

SUPP CLK RECORD _____
SUPP RPT RECORD _____
SUPP BR _____
PRO SE BR _____

## IN THE COURT OF CRIMINAL APPEALS

CCA # 745-15

---

**APPELLANT'S** Petition
FOR DISCRETIONARY REVIEW IN CCA IS:
REFUSED
DATE: 10/14/2015
JUDGE: Per Curiam

Disposition: _____
DATE: _____
JUDGE: _____
SIGNED: _____     PC: _____
PUBLISH: _____    DNP: _____

---

_____ MOTION FOR REHEARING IN
CCA IS: _____ ON _____
JUDGE: _____

MOTION FOR STAY OF MANDATE IS:
_____ ON _____
JUDGE: _____